UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA MURRAY,

    Plaintiff,

Case No. 1:14-CV-1079

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

Having affirmed the final decision of the Commissioner of Social Security, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Dated: January 7, 2016                                       /s/ Paul L. Maloney
                                                                                        PAUL L. MALONEY
                                                                                        United States District Judge